IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE MAGANA, | CASE NO. 5:12-cv-06177 EJD |
| Plaintiff(s), | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | |
| Defendant(s). | |

Due to the court's unavailability, the Preliminary Pretrial Conference in the above-entitled action previously scheduled for November 15, 2013, is CONTINUED to **January 10, 2014, at 11:00 a.m.** The parties shall file a Joint Preliminary Pretrial Conference Statement on or before **December 31, 2013.**

In addition, the court orders the parties to meet and confer in order to reach an agreement on an ADR process within 10 days of the issuance of this order. Within that same timeframe, the parties shall either (1) file the form entitled "Stipulation and (Proposed) Order Selecting ADR Process" if an agreement is reached, or (2) file the form entitled "Notice of Need for ADR Phone Conference."

**IT IS SO ORDERED.**

Dated: October 30, 2013

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:12-cv-06177 EJD
ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE